IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF COLORADO

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2022 JUL -5 AM 11:45

JEFFREY P. CULWELL
CLERK

BY_____DEP. CLK

THERESA GARCIA
    Plaintiff,
V.

CIVIL ACTION NO: _____

DENVER HEALTH MEDICAL CENTER
    Defendant,

## COMPLAINT

Plaintiff Theresa Garcia brings this complaint against Denver Health Medical Center, claiming violations of Title VII of the Civil Rights Act of 1964. Garcia alleges the following, Defendant allowed management/employees to Discriminate against Plaintiff for her age and Reverse Discrimination. Defendant held White employees to a different standard then Hispanic employees. Plaintiff's name was changed to "old white lady, momma, mama and T for trouble", Management would speak Spanish to segregate employees. Plaintiff went through Serve Retaliation, Hostile Work Environment. Defendant provided Ethnicity percentage for Patient Access Department, 87% of employees are Hispanic. Unlawful discrimination against Plaintiff, the unfair treatment based on Plaintiffs age and/or race Caucasian ethnicity. Plaintiff is protected under the Colorado Anti-Discrimination Act (CADA).

1. Plaintiff, Theresa Garcia 2147 Sunridge Cir Broomfield, CO 80020
2. Defendant, Denver Health Medical Center 777 Bannock St Denver, CO 80204
3. The Acts took place within Denver Health Medical Center
4. Plaintiff, is a White Caucasian Female and is 57 years of age.
5. Plaintiff, was employed with the Defendant November 11, 2018 to March 4, 2022.
6. Plaintiff, filed US Equal Employment Opportunity Commission charges and retaliation charges on July 23, 2021 and October 14, 2021.
7. US Equal Employment Opportunity Commission issued the Right to Sue letter on April 6, 2022

**8**. Plaintiff filed Wage and Hour Complaint on December on December 1, 2020, including Retaliation charges. Defendant retaliated against the Plaintiff by shorting her pay check for reporting the discrimination.

**9**. On November 1, 2020 Plaintiff sent a wage demand letter to Defendant

**10**. Defendant forced the Plaintiff to work off the clock in order to keep her job, were Hispanics employees were not required too.

**11**. Management intentionally gave the Hispanic employees better work assignments and/or hours and promotions over the Plaintiff.

**12**. Plaintiff was treated differently than the Hispanic employees. Plaintiff was required to wear a uniform and follow attendance polices, whereas Hispanic employees were held to a different standard and didn't have too.

**13.** Defendant ignored Plaintiffs safety when a patient was sexually harassing her. The Patient took his clothes off and started playing with himself.  The Panic buttons didn't work and it took Plaintiff 7 calls to get emergency help.  Defendant did not feel that was an emergency, and threaten to write the Plaintiff up for patients' actions.

**14**. Defendant subjected Plaintiff to disparate treatment and hostile work environment based upon illegal factors because of her age and Caucasian race. Segregating Plaintiff from team events and holding her to a higher policy standard then the Hispanic employees. Defendant allowed Hispanic management/employees to call Plaintiff "ANCINA BLACA, OLD WHITE LADY IN SPANISH". Management verbal calling/emails addressing Plaintiff "T" for trouble, subjects Plaintiff to abusive hostile environment.

**15.** Defendants, Hispanic management and/or Hispanic employees would speak Spanish instead of English so they could segregate Plaintiff from conversations.  Hispanic management required Plaintiff to watch Spanish TV shows so "ANCINA BLACA LEARNS SPANISH". This was report to upper management of the hospital and the director of Surgery made my Hispanic management/employees stop this harassment. Hispanic Management set yearly goals for Plaintiff to learn Spanish to registrar patients.  When Plaintiff was hired at the hospital it was not disclosed to her the prim form of communication will be Spanish, and she would be required to speak Spanish.  The hospital provides employees an interpreter line.

**16**. Defendants, allowed Hispanic management and/or employees to call Plaintiff "ANICINA BLACA OLD WHITE LADY in Spanish, MOMMA, MAMA, T for trouble". Hispanic management and/or Hispanic Employees refused to call Plaintiff by her legal name "Theresa". Defendant

caused an abusive hostile work environment for the Plaintiff. Plaintiff was told by Hispanic management to stop taking the "RIGHT WING", because Plaintiff wants to be called by her name. Defendants' Hispanic management told the Plaintiff she was being "COMBATIVE" and she does not know to communicate, making a joke out of being called these.

**17**. This fact, Hispanic Management allowed Hispanic employees to call Patients family members "SHITY DUSTIN" and had the patient sign documents to that fact. The Hispanic employee was promoted after this and offered better working hours and work assignments. Plaintiff was harassed for reporting it. Defendant failed to promote and/or offer the position to the Plaintiff. The Plaintiff and 4 other employees reported the "SHITY DUSTIN", behavior to HR, management and company Hot Line. The Defendant supported the employees' behavior and did nothing. Management on all levels took no action to this disgusting behavior. This behavior should be unacceptable but not at Denver Health, they promote name calling.

**18**. Hispanic management told Plaintiff "EVERYONE HATES YOU, NOBODY HAS LIKED WORKING WITH YOU FOR YEARS". When Plaintiff reported this to HR it was dismissed and blame the Plaintiff "she makes something out of nothing".

**19.** Defendant allowed commingling funds for Hispanic management and/or Hispanic employees. Defendant allowed employees to keep cash copays and/or make change from their personal wallet. When Plaintiff reported this behavior management took no action against the employee and retaliated against the Plaintiff for reporting it. Management supported the commingling funds keeping personal bags on the counter as the cash bag to make change or keep cash funds.

**20**. Defendants, wants to claim Plaintiff "makes something out of nothing". Defendant retaliated against her for reporting the discrimination/Retaliation.

**21**. Defendants hired inexperience and lack of job skills for Hispanic employees and their family members. Plaintiff was held to a higher standard to job performance because she was Caucasian and told "SHE IS OLDER AND SHOULD KNOW BETTER".

**22**. Defendants policies and practices should apply to every employee regardless of Age and Caucasian Race. Defendants HR Department, Hispanic management and/or Hispanic employees help create a hostile and offensive work environment by allowing this discrimination/retaliation behavior. The lack of due diligence on Defendants part made Plaintiffs life difficult in a negative

way. When Defendant allowed Hispanic employees to call her names and took no action, patients' family "SHITY DUSTIN". Denver Health was not going to help Plaintiff, which is why Plaintiff reported the discrimination to EEOC. All levels of management liked creating a toxic environment for the Plaintiff.

**23**. Plaintiff was told her hours were going to change but SHE will not have a set schedule. Plaintiff expressed to management she would like a set schedule 6-3 instead of 430-1. Defendant gave the new Hispanic employee not only a set schedule but the 6-3, the hours Plaintiff requested. Without speaking to the Plaintiff, management changed Plaintiffs hours to 430-1; Plaintiff had more seniority and should have been offered the better hours.

**24**. Defendant allowed Hispanic employees to arrive late every day for their shifts. Whereas, the Plaintiff was required to follow company policy and be on time and/or subject write up. When Plaintiff reported to management the employee she is working with is late every day and its affecting patient care. Management took no action was taken to correct the attendance policy with the employee instead told Plaintiff; she's young and laughed it off. Management told Plaintiff your "older and should know better". Plaintiff was required to follow the attendance policy because she was older.

**25.** Defendants required all employees to be covid vaccinated. Management allowed the Hispanic employees' time off to receive their vaccine shot. Plaintiff was denied time off to receive her covid vaccine shot, and was told to plan accordingly. Hispanic management claimed Plaintiffs testing positive covid will be concerned "an unknown incident", and shorted her pay paycheck. That is why Plaintiff filed Wage and Hour charges and sent a Demand letter to Denver Health for missing pay.

**26**. Defendants Hispanic management began deducting points on Plaintiffs QA performance, despite being other Hispanic employees' errors. Hispanic management was harassing Plaintiff through her job performance. The Defendant was holding Plaintiff to a higher policy standard than the Hispanic employees. In the documents attached clearly changing the point system for the Plaintiff trying to harass monthly job performance so she would fail.

**27.** Defendants Hispanic management would segregate the Plaintiff from other employees as part of the harassment, causing an abusive hostile work environment for the Plaintiff. Segregating Plaintiff from pot lucks and other employees functions.

**28.** Defendants Hispanic management told Plaintiff" if she does not like the discrimination and retaliation to quit".

**29.** Management told Plaintiff on her yearly review "you're just standard and not outstanding", but you passed for a 2% raise.

**30.** Defendants failed to provide a safe working environment for the Plaintiff. Defendant allowed the discrimination and retaliation. Plaintiff was required to be responsible for Hispanic employees' lack of job performance and/or hold Plaintiff accountable for their mistakes.

**31.** Defendants allowed Hispanic employees lesser job duties then the Caucasian employees. Plaintiff was required to forward the phone at the end of her shift but the Hispanic employees did not have too, and no disciplined action was taken towards them. Whereas White Caucasian employees were wrote up and unable to transfer from department to department.

**32.** Defendant blamed the Plaintiff, stating Plaintiff does not get along with her colleagues. Defendants' Hispanic management turned the Hispanic employees against the Plaintiff by disclosing Plaintiffs concerns, which should have kept confidential. The fact Defendants was doing that would cause more retaliating and a hostile work environment for the Plaintiff.

**33.** ALL Exhibits 1-28 attached to this complaint are part of this complaint; it provides evidence support set forth the facts in this case. Documentation provides details explanations and/or persons involved, supports how the Plaintiff was discriminated/retaliated against.

## SUMMARY

Under Title VII of the Civil Rights Act of 1964, Plaintiff successfully established the evidence to prove Prima facie case for Reverse Discrimination and Age Discrimination. Defendant was notified of the Discrimination/Retaliation but did nothing to protect the Plaintiff. The facts in this case prove Plaintiff was rejected a promotion and held to a different standard then the Hispanic employees. Plaintiff was called "OLD WHITE LADY, MOMMA, MAMA and T for Trouble". The Defendant caused an abusive hostile work environment for Plaintiff after reporting the Retaliation. The facts in this case are supported by attached Exhibit documentation 1-28.

## CONCLUSION

The Factual contentions have evidentiary support or specifically identified in the Exhibits. Defendants were involvement and abusive conduct of Discrimination and/or Retaliation. Defendant caused the Plaintiff harm and violated the Plaintiffs rights. Plaintiff is entitled to damages and/or restitution relief.

*[signature]*

Theresa Garcia
2147 Sunridge Cir
Broomfield, CO 80020
303-520-6398


CERTICATE OF SERVICE

I certify that a copy of the above Complaint and all attached documents was served on 5th of July 2022. Sent to Denver Heath Medical Center management/legal team confidential 777 Bannock Street Denver, Colorado 80204